MICHELE BECKWITH
Acting United States Attorney
PEDRO S. NAVEIRAS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00293-JLT-SKO |
|---|---|
| Plaintiff, | AMENDED JOINT STATUS REPORT AND STIPULATION AND ORDER RE EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| PHATNA PICH, | Date: March 5, 2025<br>Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

**STIPULATION**

1. This matter was set for a status conference on March 5, 2025. As set forth below, the parties now move, by stipulation, to continue the status conference to June 4, 2025, and to exclude the time period between March 5, 2025 and June 4, 2025 under the Speedy Trial Act.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

2. This matter was previously set for a status conference on March 5, 2025. By this stipulation, defendant now moves to continue the status conference until June 4, 2025, and to exclude time between March 5, 2025 and June 4, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

1

a. Counsel for defendant desires additional time to consult with his/her client, review the charge(s), conduct investigation and research, review discovery, and discuss potential resolution of the case.

b. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 5, 2025 and June 4, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 26, 2025

By: */s/ Galatea DeLapp*
Galatea DeLapp
Counsel for Defendant

By: */s/ Pedro S. Naveiras*
PEDRO S. NAVEIRAS
Assistant United States Attorney

## ORDER

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until June 4, 2025. Further, the Court finds that the interests of justice are served by granting this continuance and outweigh the best interest of the public and the defendant in a speedy trial, time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and 3161(h)(1)(7)(A) from March 5, 2025 and June 4, 2025 under the Speedy Trial Act.

DATED: 2/26/2025

*Sheila K. Oberto*
THE HONORABLE HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE