MICHELE M. BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00293-JLT-SKO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| PHATNA PICH, | |
| Defendant. | |

The parties stipulate as follows:

1. A grand jury indicted the defendant on December 5, 2024, charging him with (Count One) violating 18 U.S.C. § 922(g)(1), felon in possession of a firearm, and (Count Two) 18 U.S.C. § 922(o), unlawful possession of a machinegun. The Court ordered the defendant detained and a status conference is presently set for June 4, 2025, with time excluded to that date.

2. The government produced initial discovery on December 5, 2024, and supplemental discovery on December 12, 2024.

3. Now, the parties agree to continue the status conference from June 4, 2025, to September 3, 2025, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

4. The parties agree that the interests of justice served by granting this continuance outweigh

1

the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from June 4, 2025, through September 3, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  May 28, 2025

MICHELE M. BECKWITH
Acting United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated:  May 28, 2025

*/s/ Galatea DeLapp*
Galatea DeLapp
Counsel for Phatna Pich

## ORDER

In light of the Defendant's arraignment on December 6, 2024, the parties' request to continue the status conference from June 4, 2025, to September 3, 2025, at 1:00 p.m. is GRANTED. Time is excluded through September 3, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

The parties shall be prepared to select a mutually agreeable status conference at the September 3, 2025, status conference.

IT IS SO ORDERED.

Dated:   **May 29, 2025**

*/s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE