ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00293-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE, SET CHANGE OF PLEA HEARING, AND EXCLUDE TIME** |
| PHATNA PICH, | |
| Defendant. | |

The parties stipulate as follows:

1.   A grand jury indicted the defendant on December 5, 2024, charging him with (Count One) violating 18 U.S.C. § 922(g)(1), felon in possession of a firearm, and (Count Two) 18 U.S.C. § 922(o), unlawful possession of a machinegun. The Court ordered the defendant detained and a status conference is presently set for November 5, 2025, with time excluded to that date.

2.   The government produced initial discovery on December 5, 2024, and supplemental discovery on December 12, 2024. On August 27, 2025, the Government extended a plea offer to the defendant's counsel.

3.   On October 28, 2025, the parties met and conferred, and the defendant accepted the plea agreement.

4.   Now, the parties agree to vacate the status conference from November 5, 2025, and set a

1

change of plea hearing on December 8, 2025. The parties cleared this date with the district court.

5. The parties also agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties therefore agree that the period from November 5, 2025, through December 8, 2025, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  October 29, 2025

    ERIC GRANT
    United States Attorney

    */s/ Cody Chapple*
    Cody Chapple
    Assistant United States Attorney

Dated:  October 29, 2025

    */s/ Galatea DeLapp*
    Galatea DeLapp
    Counsel for Phatna Pich

# ORDER

Pursuant to the Minute Order (Doc. 25) issued on October 16, 2025, counsel were "directed to meet and confer and select a mutually agreeable trial date to be discussed at the next hearing date." The Minute Order further states that the parties "may stipulate: (1) to the trial date, or (2) to set the matter for a change of plea hearing before District Judge Thurston, with an appropriate exclusion of time," and that any stipulation to set the matter for a change of plea hearing before Judge Thurston must state that "a Plea Agreement has been filed."

The parties state that "defendant has accepted a plea agreement," but have not filed a signed plea agreement. Accordingly, the parties' stipulation for a continuance of the status conference is DENIED.

IT IS SO ORDERED.

Dated:   **October 31, 2025**          /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE