ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>PHATNA PICH,<br><br>                    Defendant. | CASE NO. 1:24-CR-00293-JLT-SKO<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE, SET CHANGE OF PLEA HEARING, AND EXCLUDE TIME** |

The parties stipulate as follows:

1.  A grand jury indicted the defendant on December 5, 2024, charging him with (Count One) violating 18 U.S.C. § 922(g)(1), felon in possession of a firearm, and (Count Two) 18 U.S.C. § 922(o), unlawful possession of a machinegun. The Court ordered the defendant detained and a status conference is presently set for November 19, 2025, with time excluded to that date.

2.  The government produced initial discovery on December 5, 2024, and supplemental discovery on December 12, 2024. On August 27, 2025, the Government extended a plea offer to the defendant's counsel.

3.  On November 5, 2025, the parties filed an executed plea agreement with the court. ECF 29.

4.  Now, the parties agree to vacate the status conference from November 19, 2025, and set a change of plea hearing on December 8, 2025. The parties cleared this date with the district court.

1

1    5.    The parties also agree that the interests of justice served by granting this continuance
2 outweigh the best interests of the public and the defendant in a speedy trial. The parties therefore agree
3 that the period from November 19, 2025, through December 8, 2025, should be excluded. Fed. R. Crim.
4 P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

   IT IS SO STIPULATED.

Dated:  November 5, 2025

                ERIC GRANT
                United States Attorney

                */s/ Cody Chapple*
                Cody Chapple
                Assistant United States Attorney

Dated:  November 5, 2025              */s/ Galatea DeLapp*
                Galatea DeLapp
                Counsel for Phatna Pich

# ORDER

The Court has read and considered the parties' stipulation to vacate the status conference, set and change of plea hearing, and exclude time. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference on November 19, 2025, is **vacated**.
2. A Change of Plea Hearing will be set on **December 8, 2025, at 9:00 a.m. before the Honorable District Judge Jennifer L. Thurston**; and
3. The period from November 19, 2025, through December 8, 2025, shall be **excluded** pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **November 5, 2025**              /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE