ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United Staes of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>PHATNA PICH,<br><br>                    Defendant. | CASE NO. 1:24-CR-00293-JLT-SKO<br><br>FINAL ORDER OF FORFEITURE |

On or about March 2, 2026, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Phatna Pich forfeiting to the United States the following property:

      a.    Twelve auto sears,
      b.    Two 9mm pistols, privately manufactured,
      c.    Smith & Wesson M&P Shield 9mm handgun, and
      d.    Various rounds of ammunition.

Beginning on March 6, 2026, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within 60 days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

1

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

    a.    Bryan Nungary: A notice letter was sent via certified mail to Bryan Nungary at 211 S Lemoore Ave., Lemoore, CA 93245, on March 6, 2026.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by B. Nungary on March 11, 2026.

    b.    Bao Vue: A notice letter was sent via certified mail to Bao Vue at 6673 E. Castle Ave., Fresno, CA 93727, on March 6, 2026.  The PS Form 3811 (certified mail "green card" showing delivery of mail) has not been returned to the U.S. Attorney's Office.  The USPS Tracking Results show an individual picked up the envelope at a Postal Facility on March 13, 2026.

    c.    Jar Xiong: A notice letter was sent via certified mail to Jar Xiong at 6673 E. Castle Ave., Fresno, CA 93727, on March 6, 2026.  The PS Form 3811 (certified mail "green card" showing delivery of mail) has not been returned to the U.S. Attorney's Office.  The USPS Tracking Results show an individual picked up the envelope at a Postal Facility on March 13, 2026.

    d.    Kayleen Moua: A notice letter was sent via certified mail to Kayleen Moua at 6673 E. Castle Ave., Fresno, CA 93727, on March 6, 2026.  The PS Form 3811 (certified mail "green card" showing delivery of mail) has not been returned to the U.S. Attorney's Office.  The USPS Tracking Results show an individual picked up the envelope at a Postal Facility on March 13, 2026.

    e.    Timothy Xiong: A notice letter was sent via certified mail to Timothy Xiong at 6673 E. Castle Ave., Fresno, CA 93727, on March 6, 2026.  The PS Form 3811 (certified mail "green card" showing delivery of mail) has not been returned to the U.S. Attorney's Office.  The USPS Tracking Results show an individual picked up the envelope at a Postal Facility on March 13, 2026.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), including all right, title, and interest of Phatna Pich, Bryan Nungary, Bao Vue, Jar Xiong, Kayleen Moua, and Timothy Xiong.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///

///

///

2

3.      The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:    **May 26, 2026**

_____
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture